No. 3483. STATE *v.* KINARD, November Term, 1894. No steps having been taken by defendant, appellant, to bring his appeal to a hearing, after long indulgence, the solicitor, on due notice to John Bauskett, Esq., defendant's attorney, moved for and obtained the following order, 7th December, 1894,

PER CURIAM. On motion of P. H. Nelson, solicitor, it is ordered, that the appeal herein be dismissed, and the remittitur be forthwith sent to the Circuit Court.